THE BUTTERICK PUBLISHING COMPANY, Appellant, *v.*
MISTROT-MUNN COMPANY, INC., Respondent.

*Butterick Publishing Co.* v. *Mistrot-Munn Co., Inc.*, 167 App.
Div. 632, affirmed.
(Argued February 23, 1916; decided March 14, 1916.)

APPEAL, by permission, from an order of the Appellate
Division of the Supreme Court in the first judicial depart-
ment, entered May 7, 1915, which reversed an interlocu-
tory judgment of Special Term sustaining a demurrer to
a separate defense set up in the answer and overruled said
demurrer in an action to recover for defendant's refusal
to perform a contract for the sale of patented patterns and
copyrighted publications at a fixed price. Defendant in
its amended answer sets up as a separate and complete
defense to said cause of action the so-called Texas Anti-
Trust Act, approved March 31, 1903, alleging that the
contracts between the parties were by said statute abso-
lutely void and unenforceable at the time of their execu-
tion and of defendant's refusal to perform.

The following question was certified: "Is the first sep-
arate and complete defense set up in the amended answer
to the amended complaint sufficient in law upon the face
thereof?"

*Herbert Noble, Orlando P. Metcalf* and *James B.
Sheehan* for appellant.

*George H. Savage, Joseph P. Cotton* and *George S.
Franklin* for respondent.

Order affirmed, with costs, on opinion of SCOTT, J.,
below, and question certified answered in the affirmative.

Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN,
CUDDEBACK, CARDOZO, SEABURY and POUND, JJ.